**No. 38999.**—Protests 502739–G, etc., of Great Pacific Co. (San Francisco).

Opinion by Keefe, J. It was stipulated that the merchandise consists of palm fiber or palmyra stalks the same as those passed upon in *American Push Broom & Brush Co.* v. *United States* (25 C. C. P. A. 248, T. D. 49391). The claim for free entry under paragraph 1684 was therefore sustained.

**No. 39000.**—Protest 630913–G of W. X. Huber Co. (Los Angeles).

Opinion by Keefe, J. It was stipulated that the merchandise consists of palm fiber or palmyra stalks the same as those passed upon in *American Push Broom & Brush Co.* v. *United States* (25 C. C. P. A. 248, T. D. 49391). The claim for free entry under paragraph 1684 was therefore sustained.

**No. 39001.**—Protests 611381–G, etc., of Cellas, Inc., et al. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302 and 49389) the protests were sustained.

Before the Third Division, July 14, 1938

**No. 39002.**—Protest 877908–G of Mrs. John Bate (Baltimore).

Opinion by Cline, J. It appeared that a silver pitcher which was claimed to be an artistic antiquity was produced in 1834. As paragraph 1811, Tariff Act of 1930, limits free entry to artistic antiquities produced prior to 1830, the protest was overruled.

**No. 39003.**—Protest 879652–G of J. H. Rossbach & Bros., Inc. (New York).

Opinion by Cline, J. The record does not show whether the skins were marked but it shows that all of the bales, except seven, were marked with the word "Czechslow." The other seven bales were legally marked. The protest was overruled on the authority of Abstract 31863.

**No. 39004.**—Protest 885812–G of Arundell Clark, Ltd. (New York).

Opinion by Cline, J. It was found that each piece of cotton cloth was wrapped in paper upon which appeared the name of the country of origin of the cloth and that they were enclosed in a bale which was not marked. The paper wrappers were found to be the immediate containers of the cotton cloth. Abstracts 31872,